# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | **NO. 23-280** |
| | : | |
| **MAURICE L. GARRETT** | : | |

## ORDER

**AND NOW**, this 7th day of June 2024, upon considering Defendant's Motion to Suppress physical evidence (ECF No. 51), the United States's Response (ECF No. 52), following an evidentiary hearing during which we evaluated the credibility of witnesses and evidence, and for reasons in today's accompanying Memorandum with Findings of Fact and Conclusions of Law, it is **ORDERED** Defendant's Motion to Suppress (ECF No. 51) is **DENIED**.

                                                               **KEARNEY, J.**